

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Donna Henderson

No. 06-19-00059-CV

Appeal from the County Court at Law No. 2 of Smith County, Texas (Tr. Ct. No. 69981-A). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

    As stated in the Court's opinion of this date, we affirm the judgment of the trial court.

    We further order that the appellant pay all costs of this appeal.

RENDERED DECEMBER 31, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk